**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| WILLIAM JOHNSON, | ) |
| Plaintiff, | ) ) ) Case No. 1:23-cv-00064-CFC |
| v. | ) ) |
| TALOS ENERGY INC., NEAL P. GOLDMAN, TIMOTHY S. DUNCAN, PAULA R. GLOVER, JOHN JUNEAU, DONALD R. KENDALL, JR., CHARLES M. SLEDGE, and ROBERT M. TICHIO, | ) ) ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  February 14, 2023              **LONG LAW, LLC**

                                By:   */s/ Brian D. Long*
                                      Brian D. Long (#4347)
                                      3828 Kennett Pike, Suite 208
                                      Wilmington, DE 19807
                                      Telephone: (302) 729-9100
                                      Email: BDLong@longlawde.com

                                      *Attorneys for Plaintiff*